1
2
3
4
5
6
7
8
9
10 **UNITED STATES DISTRICT COURT**
11 **CENTRAL DISTRICT OF CALIFORNIA**
12

13 ROBERT SANCHEZ,

14                              Plaintiff,

15        v.

16 LONG BEACH MUFFLER; DENNIS
17 BRIAN SCHOEDL; CURTIS P.
   GRIEDER,
18

19                              Defendants.

Case No. 2:17-cv-06824-ODW(AGR)

**ORDER TO SHOW CAUSE RE LACK OF COOPERATION IN DRAFTING JOINT SCHEDULING REPORT**

20
21        The Court has received Defendant Dennis Brian Schoedl's unilateral Rule 26(f)
22 report.  (ECF No. 19.)  Defendant Schoedl claims that Plaintiff "wholly failed" to
23 engage in drafting the Rule 26 Scheduling Conference Report and, therefore,  he
24 submitted the report without knowledge of Plaintiff's position of the facts or the
   development of a joint discovery plan.  (*Id.*)
25
26        Under the Federal Rules of Civil Procedure and the Court's Order setting the
27 scheduling conference, the parties must meet at least 21 days in advance of the
28 Scheduling Conference to confer and to then jointly prepare and file a Rule 26(f)

report.  (ECF No. 18 at 2.)  Plaintiff's failure to confer with Defendant or to submit the joint report in advance of the Scheduling Conference or to attend the Scheduling Conference may result in the dismissal of the action or the imposition of sanctions. (*See id*. at 4.)

Accordingly, Plaintiff Robert Sanchez is hereby **ORDERED TO SHOW CAUSE**, in writing only, no later than January 8, 2018, why he did not confer with Defendant or assist in the preparation of the 26(f) Report in accordance with the Federal Rules of Civil Procedure and this Court's Order.  Failure to timely respond to this Order may result in dismissal of this action without further notice for failure to prosecute.  The Scheduling Conference is **CONTINUED** until **February 5, 2018 at 1:30 p.m**.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

It has also come to the Court's attention that Defendant Shoedl attempted to file an answer on behalf of himself and Defendants Long Beach Muffler (a business) and Curtis P. Grieder (an individual). (ECF No. 14.) Defendant Grieder did not sign the Answer. (*Id.*) Only individuals may appear pro se, not businesses or organizations. C.D. Cal. L.R. 83-2.2.2. Additionally, individuals who are not attorneys may not represent other individuals or businesses. *See* C.D. Cal. L.R. 83-2.2.1. Therefore, Defendants Long Beach Muffler and Grieder have not appeared before the Court. The Court encourages Defendant Shoedl to seek out legal representation or, at the very least, consult with the pro bono clinic located at 312 N. Spring St. Los Angeles, CA 90012-4701.[1]

**IT IS SO ORDERED.**

January 4, 2018

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

---

[1] For more information, Defendant can visit http://prose.cacd.uscourts.gov/.