# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>LONG BEACH MUFFLER et al,<br><br>Defendants. | Case № 2:17-CV-06824-ODW (AGR)<br><br>**ORDER OF DISMISSAL** |

In light of Plaintiff's Notice of Dismissal Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (ECF No. 33), the Court hereby **DISMISSES** this action without prejudice. Each party shall bear its own costs and attorneys' fees.

The Court **VACATES** all other dates and deadlines in this action, and the Clerk of Court shall close the case.

**IT IS SO ORDERED**.

May 15, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**